**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**RENEE LYNN HAYNES,**<br><br>Defendant. | Case No. 21-CR-0102-005-CVE |

**ORDER GRANTING WRIT OF HABEAS
CORPUS AD PROSEQUENDUM**

Before the Court is the petition for writ of habeas corpus ad prosequendum (Dkt. # 59) filed herein by Thomas E. Duncombe, Assistant United States Attorney, whereby it appears that RENEE LYNN HAYNES is defendant in a certain cause in this Court, which is assigned for initial appearance, and his presence is required forthwith, and for the duration of the above-styled matter. It further appearing that RENEE LYNN HAYNES is a prisoner and confined in the Ottawa County Jail, Miami, Oklahoma, and is under the control and in the charge and custody of the Sheriff of said institution, and it appearing that a writ of habeas corpus ad prosequendum ought to issue.

**IT IS THEREFORE ORDERED** that the petition (Dkt. # 59) is **granted**. A writ of habeas corpus ad prosequendum shall issue out of and under the seal of this Court, directed to the Sheriff of the Ottawa County Jail, Miami, Oklahoma, commanding him to deliver the body of RENEE LYNN HAYNES to the United States Marshal for the

Northern District of Oklahoma, or to a Deputy Marshal, or to any federal law enforcement agent, upon delivery to said Sheriff of said writ for cause, and that the United States Marshal, deputy, or agent shall produce the body of RENEE LYNN HAYNES to the United States District Court forthwith, in a certain cause wherein the United States of America is plaintiff and RENEE LYNN HAYNES is defendant, and that upon completion of the above-styled matter, the United States Marshal, deputy, or agent shall return the body of RENEE LYNN HAYNES to the aforesaid Sheriff.

**DATED** this 25th day of June, 2021.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE