IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-0102-005-CVE |
| RENEE LYNN HAYNES, | |
| Defendant. | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE:

UNITED STATES MARSHAL, TULSA, OKLAHOMA,
and
SHERIFF DAVID DEAN,
OTTAWA COUNTY JAIL, MIAMI, OK

GREETINGS:

You are hereby commanded to deliver the body of RENEE LYNN HAYNES by you imprisoned and now held in your custody and under your control, to the United States Marshal for the Northern District of Oklahoma, or to a Deputy Marshal, or to any federal law enforcement agent, which the United States Marshal, deputy, or agent shall bring the body of RENEE LYNN HAYNES to the United States District Court for the Northern District of Oklahoma forthwith, in a certain cause wherein the United States of America is plaintiff and RENEE LYNN HAYNES is defendant, and upon completion

of the above-styled matter, the United States Marshal, deputy, or agent shall return RENEE LYNN HAYNES to the aforesaid Ottawa County Jail, Miami, Oklahoma, and that thereupon the Marshal, deputy, or agent shall then and there make return of his actions and doings on said writ for cause as provided by law.

**DATED** this 25th day of June, 2021.

                                      MARK C. McCARTT, Clerk
                                      United States District Court
                                      Northern District of Oklahoma

                                      By:  S/C. Portilloz
                                              Deputy