IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| United States of America | Plaintiff(s), | |
|---|---|---|
| vs. | | Case Number: 4:21-CR-102-CVE-5 |
| Renee Lynn Haynes | Defendant(s). | Criminal Information Sheet |

Date: _7/8/2021_                                                                 Interpreter: Yes ☐  No ☒

Magistrate Judge Huntsman         Deputy Dusty Gross            USPO E. Cervini
Date of Arrest: _7/8/2021_   Arrested By: _USMS_         ☒ Detention Requested by AUSA
Bail Recommendation:                   ☐ Unsecured

**Additional Conditions of Release:**

☐ a. ☐ b. _____    ☐ l ☐ m ☐ n ☐ o   ☐ p ☐ q ☐ r ☐ s
☐ c. ☐ d..              ☐ t (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ e. _____         ☐ u (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6 ☐ 7)
☐ f. ☐ g. ☐ h. ☐ i. ☐ j.    ☐ v (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
☐ k. (☐ ii, ☐ ii, ☐ iii)   ☐ w (☐ 1, ☐ 2)     ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:   X Yes    No
Defendant's Attorney: Scott Troy        ☐ FPD;   ☒ Ct. Appt;   ☐ Ret Counsel
AUSA: Thomas Duncombe \ Eric Johnson

**MINUTES:**

Interpreter: _____ ; ☐ Sworn

☒ Defendant appears ~~in person~~ By video for IA on: ☒ Indictment SS; ☐ Information; ☐ Complaint; ☐ Petition; ☐ Rule 5
with: ☐ Ret Counsel;  ☐ FPD;  ☒ Ct. Appt;  ☐ w/o Counsel
☒ Financial Affidavit received ^orally and FPD/CJA appointed;  ☒ Present ☐ Not Present
Defendant's name as reflected in the indictment/information/complaint/petition/Rule 5 is the true and correct legal name:
   ☒ Verified in open court
   ☐ Corrected by interlineation to_____
     to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
   ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court;  ☐ Defendant's Attorney to verify & advise court;
Waivers executed and filed:   ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings
☐ Bond set for _____; Bond and conditions of release executed
☐ Government's Motion for Detention and Detention Hearing filed in open court
☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel
☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☒ Detention Hearing scheduled: _7/15/2021 (in person)_ at _2:00_ a.m./(p.m.)
☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.
☒ Defendant remanded to custody of U.S. Marshal: ~~☐ Pending~~ further proceeding; ☐ Pending release on bond for treatment
Mot. for Detention #_67_: ☐ Granted; ☐ Denied; ☐ Moot   Mot. for Hearing #_68_: ☒ Granted; ☐ Denied; ☐ Moot
Additional Minutes: _Financial affidavit accepted orally._