

AO 442 (Rev. 10/13) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

2021 JUN 24 PM 12: 25

N/OK

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 21-CR-102-CVE |
| RENEE LYNN HAYNES | ) | |
| *Defendant* | ) | |

**FILED**
JUL 0 9 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RENEE LYNN HAYNES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession of Methamphetamine with Intent to Distribute
18 U.S.C. § 1952(a)(3) – Interstate Travel to Aid Racketeering
21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461 – Drug and Racketeering Forfeiture

Date: JUN 2 4 2021

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Mark McCartt, Court Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6-24-21, and the person was arrested on *(date)* 7-7-21
At *(city and state)* Tulsa, OK
Date: 7-7-21

*Arresting officer's signature*

Robert Dodd, DUSM
*Printed name and title*

Picked up on WHCAP.

TED/kb